858 A.2d 1163

David G. LUSICK, Appellant,

v.

KEEPER of the STATE CORRECTIONAL INSTITUTE
SMITHFIELD, Huntingdon, Pennsylvania, et. al.,
Appellees.

Supreme Court of Pennsylvania.

Sept. 23, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of September, 2004, the above captioned appeal is quashed as interlocutory pursuant to Rule 341, Pa. R.A.P.